# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SHANNON KORTHANKE, )
)
      Plaintiff, )
)
vs. ) Case No. 16-2746-JWL
)
HEARTLAND FINANCIAL USA, INC., )
)
      Defendant. )

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order and Suggestions in Support Thereof (Doc. 29). The parties' motion is granted, and the Scheduling Order is amended as follows:

1. Supplementation of initial disclosures shall be made on or before **September 4, 2017**;

2. All pretrial discovery shall be completed on or before **October 13, 2017**;

3. All other potentially dispositive motions and motions challenging admissibility of expert testimony shall be filed on or before **November 17, 2017**;

4. The proposed pretrial order shall be submitted on or before **October 27, 2017**;

5. The pretrial conference shall be held on **November 3, 2017**, at **10:00 a.m.**; and

6. This case is set for trial on **April 3, 2018**, at **9:30 a.m.**

**IT IS SO ORDERED**.

Dated July 31, 2017, at Topeka, Kansas.

                                                    s/ K. Gary Sebelius
                                                    K. Gary Sebelius
                                                    U.S. Magistrate Judge